```
CARLEEN R. ARLIDGE          SBN: 079725
Attorney At Law
111 West St. John Street, Suite 555
San Jose, California 95113
Telephone: (408) 288-8533
Facsimile: (408) 445-1861
Email: craatty@aol.com

Attorney For Defendant
MISAEL BARAJAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ELEAZAR GARCIA, JR.,<br>JESUS GARCIA-CANO,<br>DAVID PECINA GARCIA,<br>ELEAZAR GARCIA, SR.,<br>MISAEL BARAJAS AND<br>MIGUEL GALLARDO PACHECO,<br><br>　　　　　　　　　Defendants. | Case No. CR 20-00080 BLF<br><br>STIPULATION TO CONTINUE STATUS HEARING AND ORDER |

### STIPULATION

It is hereby stipulated between defendant Eleazar Garcia, Jr., through counsel Jay Rorty, defendant Jesus Garcia-Cano, through counsel Jeffrey E. Elliott[1], defendant David Pecina Garcia, through counsel Vicki H. Young, defendant Eleazar Garcia, Sr. through counsel Hanley Chew, defendant Misael Barajas through counsel Carleen R. Arlidge, and defendant Miguel Gallardo

---

[1] The Court approved the substitution of counsel Jeffrey E. Elliot, for Jesus Garcia-Cano on September 23, 2020. (Dkt. 69)

STIPULATION AND ORDER

1

1  Pacheco, through counsel Jack D. Gordon, and the government, through Assistant
2  United States Attorney Sarah Griswold, that the status date of October 6, 2020,
3  be continued to January 12, 2021.
4     Discovery in this case is on-going. Defense counsel needs additional time
5  to obtain and/or review the disclosed discovery, to determine what discovery
6  needs to be translated and the best way to organize the discovery to facility
7  its usefulness to defense counsel. The information that the United States has
8  produced includes more that 1,000 Spanish-language recordings. To ensure there
9  is adequate time for defense counsel to address the discovery matters and confer
10 with their respective clients, all counsel hereby move the Court to continue the
11 October 6, 2020 status date to January 12, 2021.
12    It is further stipulated by and between counsel for the United States and
13 counsel for defendants that time be excluded under the Speedy Trial Act from
14 October 6, 2020 through January 12, 2021 so that defense counsel could continue
15 to prepare, including by reviewing the discovery already produced. The parties
16 further stipulate and agree that excluding time until October 6, 2020 will allow
17 for the effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The
18 parties further stipulate and agree that the ends of justice served by excluding
19 the time from October 6, 2020, through January 12, 2021 from computation under
20 the Speedy Trial Act outweigh the best interests of the public and the defendants
21 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).
22 IT IS SO STIPULATED.

Dated:     October 1, 2020           DAVID L. ANDERSON
23                                    United States Attorney
                                     _____/s/_____
24                                    Sara Griswold
                                     *Assistant United States Attorney*
25                                    _____/s/_____
                                     Jay Rorty
26                                    *Attorney for Defendant Eleazar Garcia, Jr.*
27

28  STIPULATION AND ORDER

2

```
1                              _____/s/_____
                               Jeffrey E. Elliott
2                              Attorney for Defendant Jesus Garcia-Cano
                               _____/s/_____
3                              Vicki H. Young
                               Attorney for Defendant David Pecina Garcia
4                              _____/s/_____
                               Hanley Chew
5                              Attorney for Defendant Eleazar Garcia, Sr.
                               _____/s/_____
6                              Carleen R. Arlidge
                               Attorney for Defendant Misael Barajas
7                              _____/s/_____
                               Jack D. Gordon
8   Pacheco                    Attorney for Defendant Miguel Gallardo
```

28   STIPULATION AND ORDER

## ORDER

Upon stipulation by the parties and good cause appearing therefore, IT IS HEREBY ORDERED that the status hearing now set for October 6, 2020 be and is continued to January 12, 2021 at 9:00 a.m.

Further, based upon the facts set forth in the stipulation of the parties and the representations made therein, and for good cause shown, the Court finds that failing to exclude the time from October 6, 2020 through January 12, 2021 would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from October 6, 2020 to January 12, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties:

IT IS HEREBY ORDERED that the time from October 6, 2020 through January 12, 2021 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

Dated: October 1, 2020

The Honorable Beth Labson Freeman
United States District Judge

STIPULATION AND ORDER

4